IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 5:06-CV-406-DF |
| | : | |
| ONE PARCEL OF REAL PROPERTY | : | |
| AND IMPROVEMENTS, LOCATED AT | : | |
| 604 PINELAND PLACE, MACON, | : | |
| BIBB COUNTY, GEORGIA; | : | |
| First-Named Defendant Property, | : | |
| | : | |
| ONE PARCEL OF REAL PROPERTY | : | |
| AND IMPROVEMENTS, KNOWN AS | : | |
| LOT 15, BLOCK C, SECTION NO. 1, | : | |
| PHASE NO. 2, WOODCREST | : | |
| SUBDIVISION, WARNER ROBINS, | : | |
| HOUSTON COUNTY, GEORGIA; | : | |
| Second-Named Defendant Property, | : | |
| | : | |
| ONE PARCEL OF REAL PROPERTY | : | |
| AND IMPROVEMENTS, LOCATED AT | : | |
| 134 MCCLAIN CIRCLE, MACON, | : | |
| BIBB COUNTY, GEORGIA; and | : | |
| Third-Named Defendant Property, | : | |
| | : | |
| ONE PARCEL OF REAL PROPERTY | : | |
| AND IMPROVEMENTS, KNOWN AS | : | |
| WESTCLIFF 2 SUBDIVISION, | : | |
| APT. 100-B, WARNER ROBINS, | : | |
| HOUSTON COUNTY, GEORGIA | : | |
| Fourth-Named Defendant Property. | : | |
| | : | |

## ORDER ON MOTION FOR SERVICE BY PUBLICATION

Upon motion of the United States of America under Rule G(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, and for good cause shown,

IT IS HEREBY ORDERED that public notice of the Complaint and Forfeiture of

First and Third-Named Defendant Property be given by publication once a week for three consecutive weeks in the *Macon Telegraph and News*, Post Office Box 4167, Macon, Georgia 31208.

IT IS FURTHER ORDERED that public notice of the Complaint and Forfeiture for the Second and Fourth-Named Defendant Property be given by publication once a week for three consecutive weeks in the *Houston Home Journal*, Post Office Box 1910, Perry, Georgia 31069.

The published notice shall specify the time within which a claim to the defendant property and an answer to the complaint is required to be filed.

SO ORDERED, this 13th day of December, 2006.

*/s/ Duross Fitzpatrick*
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT