# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO.: 5:06-CV-406 (HL) |
| | : | |
| v | : | |
| | : | |
| ONE PARCEL OF REAL PROPERTY | : | |
| AND IMPROVEMENTS, LOCATED AT | : | |
| 604 PINELAND PLACE, MACON, | : | |
| BIBB COUNTY, GEORGIA; *et al.* | : | |
| Defendant Property. | : | |
| | : | |

## ORDER GRANTING MOTION TO DISMISS

Plaintiff United States of America, pursuant to Federal Rule of Civil Procedure 41(a)(2), moves this Court to dismiss the above-captioned cause of action without prejudice. Upon consideration of plaintiff's Motion to Dismiss and accompanying memorandum (Doc. 19), the Court finds that good cause exists for such a dismissal.

Therefore, it is ORDERED that the above-captioned cause of action be DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this the 28th day of February, 2007.

*S/ Hugh Lawson*
HUGH LAWSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT