IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CASE NO. 5:06-cv-406 (HL) |
| ONE PARCEL OF REAL PROPERTY AND IMPROVEMENTS, LOCATED AT 604 PINELAND PLACE, MACON, BIBB COUNTY, GEORGIA, et al., | : : : |
| Defendants. | : |

# J U D G M E N T

Pursuant to the Order of this Court filed February 28, 2007, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this action without prejudice.

This 28th day of February, 2007.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**